# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN REYES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77792

**FILED**

JAN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; J. Charles Thompson, Senior Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on October 1, 2018. Appellant did not file the notice of appeal, however, until December 24, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant appeals from the amended judgment of conviction, appellant is not aggrieved by the order because it was amended to add the total aggregate sentence. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                                  Cadish

cc:    Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Hon. Richard Scotti, District Judge
Jonathan Reyes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(0) 1947A